BEFORE THE THIRD DIVISION, MAY 13, 1940

No. 43689.—Protest 974362–G/11505 of Wm. J. Oberle, Inc. (New Orleans).

Opinion by EVANS, J. The record indicated that the collector did not follow the examiner's classification. No positive proof was produced to establish that the contents of the bag in question were as claimed. As there was no evidence of clerical error the protest was overruled, the court saying that it is not required to speculate as to the probabilities.

No. 43690.—Protests 781497–G, etc., of Corn Products Refining Co. (New York).

Opinion by EVANS, J. On the authority of Lamborn v. United States (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

No. 43691.—Protests 777709–G, etc., of Balfour Guthrie & Co. et al. (New York).

Opinion by EVANS, J. On the authority of Lamborn v. United States (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

BEFORE THE FIRST DIVISION, MAY 14, 1940

No. 43692.—Protests 939517–G, etc., of Charles B. Chrystal Co., Inc., (New York).

Opinion by BROWN, J. It was stipulated that the merchandise consists of pumice stone unmanufactured similar to that which was the subject of Chrystal v. United States (C. D. 291). The claim at one-tenth of 1 cent per pound under paragraph 206 was therefore sustained.

No. 43693.—Protests 887161–G, etc., of Whittaker, Clark & Daniels, Inc. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise consists of pumice stone unmanufactured similar to that which was the subject of Chrystal v. United States (C. D. 291). The claim at one-tenth of 1 cent per pound under paragraph 206 was therefore sustained.

No. 43694.—Protest 13795–K of Ohan S. Berberyan (New York).

Opinion by BROWN, J. There was no appearance on the part of the plaintiff when the case was called for trial. On the record presented the protest was overruled.